**FOLEY**

FOLEY & LARDNER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/19

ATTORNEYS AT LAW

500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
313.234.7100 TEL
313.234.2800 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
313.234.7127
jbirmingham@foley.com EMAIL

MEMO ENDORSED

December 11, 2019

*[Handwritten endorsement: 12/12/2019 — We will hold the 12/19 conference. Maybe you will have settled by then! I am trying to get you a conference before either MJ Freeman or another MJ who can see you next week.]*

**Via ECF**

Hon. Colleen McMahon
U.S. District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Power v. Shipston Equity Holdings, LLC*; Case No. 18-cv-07983

Dear Judge McMahon:

    Our firm represents Defendant Shipston Equity Holdings, LLC ("Shipston" or "Defendant") in the above-referenced action. The parties have discussed resolution and believe that a mediation provides the best chance to resolve the matter. In order to engage in mediation, pursuant to Rule 6.I of Your Honor's Individual Practices and Procedures and this Action's Amended Trial Notice (ECF No. 50), the parties jointly request that the Court adjourn the Pre-Trial conference scheduled for December 19 and the trial scheduled to begin on January 6.

    The parties respectfully request Your Honor to "so order" this letter.

Respectfully submitted,

*/s/ John F. Birmingham*

John F. Birmingham Jr.

cc: All Counsel of Record (via ECF)

AUSTIN          DETROIT         MEXICO CITY     SACRAMENTO      TAMPA
BOSTON          HOUSTON         MIAMI           SAN DIEGO       WASHINGTON, D.C.
CHICAGO         JACKSONVILLE    MILWAUKEE       SAN FRANCISCO   BRUSSELS
DALLAS          LOS ANGELES     NEW YORK        SILICON VALLEY  TOKYO
DENVER          MADISON         ORLANDO         TALLAHASSEE